Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Letitia A. Sikes
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:25-CR-2086-SAB |
| Plaintiff, | INDICTMENT |
| v. | Vio: 8 U.S.C. § 1326 |
| MARCO ALVAREZ-ACEVEDO, | Alien in the United States After Deportation |
| Defendant. | |

The Grand Jury charges:

On or about July 3, 2025, the Defendant, MARCO ALVAREZ-ALCEVEDO, a citizen and national of Mexico, who had theretofore been removed from the United States on or about April 19, 2022, at Brownsville, Texas, was found in the United States, in the Eastern District of Washington, and he did not have the express consent of the Attorney General, or the Attorney General's successor, the Secretary of the

//

//

INDICTMENT – 1

Department of Homeland Security (6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

DATED this \_\_\_15\_\_\_ day of July, 2025.

A TRUE BILL



Stephanie Van Marter
Acting United States Attorney

Letitia A. Sikes
Assistant United States Attorney

INDICTMENT – 2