## CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2025

SEAN F. McAVOY, CLERK

**CASE NAME:** U.S. v. MARCO ALVAREZ-ACEVEDO    **CASE NO.** 1:25-CR-2086-SAB

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 8 U.S.C. § 1326(a) | Alien in the United States after Deportation | CAG NMT 20 years, $250,000 fine, or both, with 3 years of supervised release, and a $100.00 special assessment |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| . . |  |  |  |